# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN DOE,
                                    Appellant,

vs.

THE STATE OF NEVADA,
                                    Respondent.

No. 79238

FILED

MAR 16 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order denying a motion for reconsideration and a motion to file under seal. Eighth Judicial District Court, Clark County; Timothy C. Williams, Judge.

This court previously ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction because it appeared that the challenged order was not substantively appealable. *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"). In response, appellant states that he "finds no order which would vest jurisdiction in this court." Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____ , J.
Parraguirre

_____ , J.
Hardesty

_____ , J.
Cadish

SUPREME COURT
OF
NEVADA

(O) 1947A

20- 10111

cc: Hon. Timothy C. Williams, District Judge
Robert L. Langford & Associates
Attorney General/Carson City
Attorney General/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A